# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CIVIL ACTION NO. 1:18-CV-683 |
| **MANN REALTY ASSOCIATES, INC.,** | (Chief Judge Conner) |
| **Debtor** | |
| **ROBERT M. MUMMA, II,** | |
| Appellant | |
| v. | |
| **ANDREW R. VARA,**<br>**Acting United States Trustee,** | |
| Appellee | |

## **ORDER**

AND NOW, this 30th day of September, 2019, upon consideration of the bankruptcy appeal filed by Appellant Robert M. Mumma, II (Doc. 1), and the parties' respective briefs in support of and opposition to said appeal, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The January 25, 2018 order of the United States Bankruptcy Court for the Middle District of Pennsylvania in the case docketed as Bankruptcy Petition No. 1:17-BK-01334 is AFFIRMED.

2. The Clerk of Court is DIRECTED to CLOSE this appeal.

                                      /S/ CHRISTOPHER C. CONNER
                                      Christopher C. Conner, Chief Judge
                                      United States District Court
                                      Middle District of Pennsylvania